UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re HERALD, PRIMEO and THEMA FUNDS SECURITIES LITIGATION<br><br>This Document Relates To: 09 CIV 289 and 09 CIV 2032 | Civil Action No. 09 CIV 289 (RMB) (HBP) (Consolidated with 09 CIV 2032 and 09 Civ 2558)<br><br>ECF CASE |

Pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York and upon the declaration of Arthur Luk, Esq., a member of the Bar of this Court, it is

ORDERED that John C. Massaro, Esq. be admitted to the Bar of this Court *pro hac vice* as counsel for defendant Ernst & Young Global Limited.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: **Nov. 3**, 2010
New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/10

SO ORDERED:

**RMB**

Richard M. Berman,
United States District Judge