```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re HERALD, PRIMEO and THEMA
FUNDS SECURITIES LITIGATION,

This Document Relates To:

---

) Civil Action No: 09-CV-289 (RMB(HBP)
) (Consolidated with 09-CV-2032 and
) 09-CV-2558)
)
) ECF
)
) ORDER FOR ADMISSION *PRO HAC*
) *VICE* ON WRITTEN MOTION

Upon the motion of Sheldon Eisenberger and said sponsor attorney's Declaration in support;

IT IS HEREBY ORDERED that

Price O. Gielen, Esquire
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor, Baltimore, Maryland 21202
Tel: (410) 332-8584
Fax: (410) 332-8561
Email: pog@nqgrg.com

is admitted to practice *pro hac vice* as counsel for Defendant, Sonja Kohn in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: November 16, 2010
New York, New York

RMB
_____
The Honorable Richard M. Berman, USDJ

{00017551.DOC}298807