BERMAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HERALD, PRIMEO, AND THEMA FUNDS SECURITIES LITIGATION | ECF CASE<br><br>Case No. 09 Civ. 0289 (RMB) |
| THIS DOCUMENT RELATES TO:<br><br>NEVILLE SEYMOUR DAVIS,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　　　v.<br><br>ALBERTO BENBASSAT, STÉPHANE BENBASSAT, GENEVALOR, BENBASSAT & CIE, GERALD J.P. BRADY, JOHN HOLLIWELL, SONJA KOHN, DANIEL MORRISSEY, PETER SCHEITHAUER, DAVID T. SMITH, WERNER TRIPOLT, BANK MEDICI AG, UNICREDIT SPA, HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LTD., HSBC SECURITIES SERVICES (IRELAND) LTD., HSBC HOLDINGS PLC, PRICEWATERHOUSECOOPERS INTERNATIONAL LTD., PRICEWATERHOUSECOOPERS (DUBLIN), PRICEWATERHOUSECOOPERS LLP, PRICEWATERHOUSECOOPERS BERMUDA, THEMA ASSET MANAGEMENT LIMITED, THEMA INTERNATIONAL FUND PLC, BA, WORLDWIDE FUND MANAGEMENT LIMITED, PETER MADOFF, ANDREW MADOFF, MARK MADOFF, WILLIAM FRY, JPMORGAN CHASE & CO., and THE BANK OF NEW YORK MELLON,<br><br>　　　　　　　Defendants. | Case No. 09 Civ. 2558 (RMB)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3/28/11 |

## NOTICE OF WITHDRAWAL OF ANNE K. SMALL AS COUNSEL OF RECORD AND [PROPOSED ORDER]

**PLEASE TAKE NOTICE** that Anne K. Small is hereby withdrawn as counsel of record in the above captioned-matter for defendant PricewaterhouseCoopers International Limited. As of March 28, 2011 Ms. Small will no longer be employed by Wilmer Cutler Pickering Hale and Dorr LLP. Wilmer Cutler Pickering Hale and Dorr LLP will continue to act as counsel for the above-referenced defendants.

Dated: New York, New York
March 25, 2011

Respectfully submitted,

Anne K. Small
WILMER CUTLER PICKERING
  HALE & DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
anne.small@wilmerhale.com

*Attorneys for Defendant PricewaterhouseCoopers International Limited*

SO ORDERED:

Honorable Richard M. Berman
United States District Judge

3/28/11