Michael E. Wiles
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel. (212) 909-6653
Fax: (212) 521-7653
Email: mewiles@debevoise.com

Attorney for Defendants Alberto Benbassat,
Stephane Benbassat, Genevalor, Benbassat
& Cie, Gerald J.P. Brady, Daniel Morrissey,
David T. Smith, Thema Asset Management Limited
and Thema International Fund plc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HERALD, PRIMEO AND THEMA FUNDS SECURITIES LITIGATION | ECF Case<br>Case No. 09-Civ-0289 (RMB)<br>Class Action |
| This Document Relates To:<br><br>NEVILLE SEYMOUR DAVIS,<br>           Plaintiff,<br>vs.<br>ALBERTO BENBASSAT, *et al.*,<br>           Defendants. | Case No. 09-Civ. 2558 (RMB)<br><br>Class Action |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael E. Wiles of Debevoise & Plimpton LLP hereby appears on behalf of Defendants Alberto Benbassat, Stephane Benbassat, Genevalor, Benbassat & Cie, Gerald J.P. Brady, Daniel Morrissey, David T. Smith, Thema Asset Management Limited

and Thema International Fund plc in the above-captioned actions, and requests that all papers be served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that the foregoing defendants reserve all defenses, including but not limited to defenses based on lack of jurisdiction and insufficient service of process, and nothing in this Notice of Appearance shall be construed as a waiver of any such defenses.

Dated: New York, New York
June 7, 2011

DEBEVOISE & PLIMPTON LLP

By: /s/ Michael E. Wiles
Michael E. Wiles
919 Third Avenue
New York, New York 10022
Tel. (212) 909-6653
Email: mewiles@debevoise.com
Attorney for Defendants Alberto Benbassat, Stephane Benbassat, Genevalor, Benbassat & Cie, Gerald J.P. Brady, Daniel Morrissey, David T. Smith, Thema Asset Management Limited and Thema International Fund plc