UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| IN RE HERALD, PRIMEO, AND THEMA FUNDS SECURITIES LITIGATION | ) ) ) ECF Case |
| This document relates to: | ) ) ) Case No. 09 Civ. 0289 (RMB) |
| Davis v. Benbassat et al., Case No. 09 Civ. 2558 (RMB) | ) ) ) |

## CORPORATE DISCLOSURE STATEMENT

       In compliance with Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, defendant Thema International Fund plc, through its undersigned attorneys, states that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York
         June 29, 2011

                                              /s/ Michael E. Wiles
                                              Michael E. Wiles
                                              Joseph P. Moodhe
                                              DEBEVOISE & PLIMPTON LLP
                                              New York, New York  10022
                                              Tel. (212) 909-6000
                                              mewiles@debevoise.com
                                              jpmoodhe@debevoise.com

                                              *Attorneys for Defendant Thema*
                                              *International Fund plc*