UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE HERALD, PRIMEO, AND THEMA FUNDS SECURITIES LITIGATION | ) ) ) ECF Case |
| This document relates to: | ) ) Case No. 09 Civ. 0289 (RMB) |
| Davis v. Benbassat et al., Case No. 09 Civ. 2558 (RMB) | ) ) ) |

---

## CORPORATE DISCLOSURE STATEMENT

In compliance with Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, defendant Genevalor, Benbassat & Cie, through its undersigned attorneys, states that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
June 29, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael E. Wiles
　　　　　　　　　　　　　　　　　　　　　　　　　　Michael E. Wiles
　　　　　　　　　　　　　　　　　　　　　　　　　　Joseph P. Moodhe
　　　　　　　　　　　　　　　　　　　　　　　　　　DEBEVOISE & PLIMPTON LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　New York, New York  10022
　　　　　　　　　　　　　　　　　　　　　　　　　　Tel. (212) 909-6000
　　　　　　　　　　　　　　　　　　　　　　　　　　mewiles@debevoise.com
　　　　　　　　　　　　　　　　　　　　　　　　　　jpmoodhe@debevoise.com

　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Genevalor, Benbassat & Cie*