UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――

IN RE HERALD, PRIMEO, AND THEMA FUNDS )
SECURITIES LITIGATION ) ECF Case
)
This document relates to: ) Case No. 09 Civ. 0289 (RMB)
)
Davis v. Benbassat et al., Case No. 09 Civ. 2558 (RMB) )

―――――――――――――――――――――――――――

## CORPORATE DISCLOSURE STATEMENT

In compliance with Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, defendant Thema Asset Management Limited, through its undersigned attorneys, states that Genevalor, Benbassat & Cie is its parent corporation but no publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York
        June 29, 2011

                              /s/ Michael E. Wiles
                             Michael E. Wiles
                             Joseph P. Moodhe
                             DEBEVOISE & PLIMPTON LLP
                             New York, New York  10022
                             Tel. (212) 909-6000
                             mewiles@debevoise.com
                             jpmoodhe@debevoise.com

                             *Attorneys for Defendant Thema Asset Management Limited*