UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HERALD, PRIMEO, AND THEMA FUNDS SECURITIES LITIGATION | : Case No. 09 Civ. 0289 (RMB)<br>: Class Action |
| This Document Relates To: | : |
| Neville Seymour Davis, | : |
| Plaintiff, | : Case No. 09 Civ. 2558 (RMB)<br>: Class Action |
| v. | : |
| Alberto Benbassat et al. | : |
| Defendants. | : |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
BY PRICEWATERHOUSECOOPERS LLP**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, PricewaterhouseCoopers LLP ("PwC U.S."), by and through its undersigned counsel, hereby states as follows:

1. PwC U.S. is not a publicly held company and has no parent company.

2. No publicly held company owns more than ten percent (10%) of PwC U.S.'s stock.

Dated:   June 29, 2011     Respectfully submitted,

By: /s/ Michael P. Carroll
Michael P. Carroll
James H.R. Windels
Michael S. Flynn
James W. Haldin
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:  (212) 450-4000
Facsimile:  (212) 450-3800
michael.carroll@davispolk.com
james.windels@davispolk.com
michael.flynn@davispolk.com
james.haldin@davispolk.com

*Attorneys for Defendant
PricewaterhouseCoopers LLP*